AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRIAN P. STIEREN | Case No.   5:18CR50086-001 |
| | USM No.   25306-047 |
| | Herb Southern |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:  No(s). 1, 2, 3, 4, 5, 6, 7, & 8  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition No. 3: Failure to Follow Instruction of USPO | 02/05/2021 |
| 2 | Standard Condition No. 5: Failure to Provide Proof of Employment | 02/05/2021 |
| 3 | Standard Condition No. 6: Failure to Notify of Change in Residence | 12/10/2020 |
| 4 | Standard Condition No. 11: Failure to Notify of Law Enforcement Contact | 07/28/2020 |
| 5 | Special Condition No. 4: Failure to Notify of Electronic Device Possession | 06/10/2020 |
| 6 | Special Condition No. 14: Failure to Comply with SORNA | 07/28/2020 |
| 7 | Mandatory Condition: New Law Violation-Failure to Comply with Sex Offender Registration Requirements | 07/28/2020 |
| 8 | Mandatory Condition: New Law Violation-Failure to Appear | 12/09/2020 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8123

Defendant's Year of Birth:   1976

City and State of Defendant's Residence:
Bella Vista, Arkansas

January 19, 2022
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

January 26, 2022
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: BRIAN P. STIEREN
CASE NUMBER: 5:18CR50086-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **five (5) months with credit for time served since December 2, 2021. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL